United States Bankruptcy Court for the District of South Carolina

# Withdrawal of Claim

| | |
|---|---|
| Debtor Name: | Bryant Lewis Ballentine |
| Case Number: | 19-04496 |
| Creditor Name and Address: | Webcollex LLC D/B/A CKS Financial<br>PO Box 2856<br>Chesapeake VA, 23327 |
| Claim Number: | 5 |
| Date Claim Filed: | 11/4/2019 |
| Total amount of claim filed: | 3157.65 |

I, the undersigned, am the above-referenced creditor, or an authorized signatory for the above-referenced creditor. I hereby withdraw the above-referenced claim and authorize the Clerk of this Court, or their duly appointed Claims Agent, to reflect this withdrawal on the official claims register for the above referenced Debtor.

Dated: 11/20/2019           Signature: _____

Print Name: Joseph Failes

Title: Bankruptcy Specialist

Webcollex LLC. DBA CKS Financial LLC.
PO BOX 2856
Chesapeake, VA 23327

